1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   KEVIN J. BARRY (CABN 229748)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California  94102
        Telephone:     (415) 436-7200
7       Facsimile:     (415) 436-7234
        Email: kevin.barry@usdoj.gov
8
    Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,          )    CR No.: 09-1068 MHP
                                        )
15          Plaintiff,                  )
                                        )
16      v.                              )    **STIPULATION AND [PROPOSED]**
                                        )    **ORDER EXCLUDING TIME UNDER 18**
17   NOE PARRA OROZCO,                  )    **U.S.C. § 3161**
        a/k/a  Onofre Avalos-Ramos,     )
18      a/k/a  Irvin Ereda Ramos,       )
        a/k/a  Joel Tafolla,            )
19      a/k/a  Joel Tafolla Parra,      )
        a/k/a  Julio Cesar,             )
20      a/k/a  Jorge Luis Rivera Corona, )
                                        )
21          Defendant.                  )
     _____ )
22

23

24          On November 23, 2009, the parties in this case appeared before the Court for a status

25   conference.  At that time, the Court set a further status / change of plea hearing for December 14,

26   2009, at 10:00 a.m.  The parties also agreed to exclude the period of time between November 23,

27   2009 and December 14, 2009 from any time limits applicable under 18 U.S.C. § 3161.  The

28   parties represented that granting the exclusion would allow the reasonable time necessary for

effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  At the hearing, the Court made findings consistent with this agreement.


SO STIPULATED:


JOSEPH P. RUSSONIELLO
United States Attorney

DATED: December 7, 2009          _____/s/_____
                                 KEVIN J. BARRY
                                 Assistant United States Attorney


DATED: December 7, 2009          _____/s/_____
                                 LOREN G. STEWART
                                 Attorney for NOE PARRA-OROZCO


                         ~~[PROPOSED]~~ ORDER

        For the reasons stated above and at the November 23, 2009 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from November 23, 2009 through December 14, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested exclusion of time would deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(iv).


        IT IS SO ORDERED.

DATED:_ 12/8/2009 _____          _____
                                 THE HONORABLE MARILYN H. PATEL
                                 United States District Judge

1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   KEVIN J. BARRY (CABN 229748)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California  94102
        Telephone:    (415) 436-7200
7       Facsimile:    (415) 436-7234
        Email: kevin.barry@usdoj.gov
8
    Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    CR No.: 09-1068 MHP
                                     )
15          Plaintiff,               )    STIPULATION AND [PROPOSED] ORDER
                                     )    EXCLUDING TIME UNDER 18 U.S.C. §
16      v.                           )    3161
                                     )
17  NOE PARRA OROZCO,                )    **ATTESTATION OF FILER**
                                     )
18          Defendant.               )
    _____ )
19

20

21          In addition to myself, the other signatory to this document is <u>Loren G. Stewart</u>.  I hereby

22  attest that I have obtained her permission to file this document with her conformed signature.

23

    DATED: December 7, 2009                    _____/s/   Kevin J. Barry_____
24
                                     KEVIN J. BARRY (CABN 229748)
25                                   Assistant United States Attorney
                                     450 Golden Gate Avenue, Box 36055
26                                   San Francisco, California  94102
                                     Telephone:    (415) 436-7200
27                                   Facsimile:    (415) 436-7234
                                     Email: kevin.barry@usdoj.gov
28

    ATTESTATION OF FILER
    CR 09-1068 MHP                                                            1